IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS J. RAMOS, ET AL., | No. C 13-03025 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO CONTINUE** |
| DISTRICT COUNCIL 16, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, ET AL., | |
| Defendant. | |

On July 22, 2013, defendant filed a motion for judgment on the pleadings (Dkt. No. 5). Plaintiffs failed to file an opposition or a statement of non-opposition. One day after the opposition deadline, plaintiffs filed a motion to remand and a motion to continue the initial case management conference and defendant's motion for judgment on the pleadings (Dkt. Nos. 9, 10). As part of their motion to remand, plaintiffs briefed the key issue in the defendant's motion for judgment on the pleadings. Defendant timely filed an opposition to plaintiffs' motion to remand, but plaintiffs failed to file a reply (Dkt. No. 18).

The upshot of these events is that both the motion for judgment on the pleadings and the motion to remand are fully briefed. No further briefing will be accepted.

On September 5, 2013, more than a week after the remand motion reply deadline, plaintiffs filed an untimely supplemental declaration (Dkt. No. 24). A subsequent order will determine if it will be stricken.

Plaintiffs' motion to continue is **DENIED**.  Because the motion for judgment on the pleadings and the motion to remand are related, there is no reason to delay one in favor of the other.  Nor is there cause to delay the case management conference.  Defendant's motion for judgment on the pleadings, plaintiffs' motion to remand, and the case management conference will all be heard as scheduled on September 26, 2013, absent further order of the Court.

**IT IS SO ORDERED.**

Dated:   September 6, 2013. 

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2