DAVID A. ROSENFELD, Bar No. 058163
ANTONIO RUIZ, Bar No. 155659
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net

JACOB J. WHITE, Bar No. 263778
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd, Suite 1320
Los Angeles, California 90017
Telephone (213) 380-2344
Fax (213) 443-5098
E-Mail: lacourtnotices@unioncounsel.net

Attorneys for Defendant,
District Council 16, International Union of Painters and Allied Trades, AFL-CIO, and DOES 1 to 100.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUIS J. RAMOS and ALBERTO PINERA,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT COUNCIL 16, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO, and DOES 1 to 100,<br><br>Defendant. | No. C13-3025<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(2), it is hereby stipulated and agreed by and between the parties hereto (the "Parties"), through their undersigned counsel, that this entire matter is dismissed with prejudice as to all parties, each party to bear its own costs and attorneys' fees.

1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
Case No. C13-3025

Dated: 10-15-13

THE LAW OFFICES OF QUINTERO & QUINTERO

By: _____
DOMINGO R. QUINTERO
Attorneys for Plaintiffs,
LUIS J. RAMOS and ALBERTO PIÑERA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

Dated: 10/15/2013

By: _____
DAVID A. ROSENFELD
Attorneys for Defendant,
DISTRICT COUNCIL 16,
INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES,
AFL-CIO, AND DOES 1 TO 100

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: October 29, 2013.

_____
William Alsup
United States District Judge

134345/738217

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE — 2 — CASE NO. C13-3025